**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
 et al.,

      Plaintiffs,

 v.

JOHN ELIK, et al.,

      Defendants.

_____/

## JUDGMENT

Based on the separately entered Order granting summary judgment for Defendants, Judgment is hereby entered on behalf of Defendants, and against Plaintiffs.

The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of July, 2026.

_____
Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record