Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26 12667 C

Caption:
Defense Distributed Corp.,
DD Foundation,, LLC,
DEFCAD, Inc.
v.
John Elik et al.

District and Division: S.D. Fla.
Name of Judge: Middlebrooks
Nature of Suit: RICO/Lanham Act

Date Complaint Filed: ____
District Court Docket Number: 25 cv 81197

Date Notice of Appeal Filed: July 30, 2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ____
(b) Citation: ____
(c) Docket Number: ____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
| --- | --- | --- | --- |
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Howard Foster | Foster PC<br>155 N. Wacker Dr.<br>#4250<br>Chicago, IL 60606 | 312 726 1600<br>hfoster@fosterpc.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Matthew Larosiere | 6964 Houlton Cir.<br>Lake Worth, FL 33467 | larosieremm@gmail.co<br>m<br>561 452 7575 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
| --- | --- | --- | --- |
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ $3 million |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded: $ 0 to ____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: ☐ TRO ☐ Preliminary ☐ Permanent ☐ Granted ☐ Denied |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | |
| | | ☐ Injunction | |
| | | ☐ Other ____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ____________________

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute The federal wire fraud statute
(b) Citation 18 USC 1343
(c) Docket Number if unreported ____________________

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ____________________
(b) Citation ____________________
(c) Docket Number if unreported ____________________
(d) Court or Agency ____________________

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☑ Yes ☐ No
(b) Among circuits? ☑ Yes ☐ No

If Yes, explain briefly:

The case involves the federal wire fraud statute, 18 USC sec. 1343. The district court's interpretation is at odds with

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

The appeal primarily concerns, as stated, the wire fraud statute. The district court believed the statute does not cover schemes to defraud in which a third party, not the plaintiff, obtains the victim's property. This view appears not to be supported by any court. Further, the wire fraud statute can also be based on a "scheme to defraud" which does not involve obtaining property. See, U.S. v. Cross, 928 F.2d 1030, 1044 (11th Cir. 1991). There is also a question as to whether a claim for false advertising under the Lanham Act requires the plaintiff to identify the names of lost customers.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 17th DAY OF August 2026, ____________.

Howard Foster
NAME OF COUNSEL (Print)

howard foster
SIGNATURE OF COUNSEL