**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

**11th Cir. R. 26.1-1**

***(Please type or print legibly; Add additional pages if necessary)***

Defense Distributed, et al. *vs.* John Elik, et al. Appeal No. 26-12667-C

**For appeals**, all appellants and petitioners must file a CIP within 14 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier.

All appellees, intervenors, respondents, and all other parties to the appeal must file a CIP within 28 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier, regardless of whether appellants and petitioners have filed a CIP. If appellants and petitioners have already filed a CIP, a notice may be filed either indicating that the CIP is correct and complete, or adding any interested persons omitted from the CIP.

**For petitions that initiate a proceeding**, the petitioner must file a CIP at the same time it files the petition, and the respondent must file a CIP at the same time it files an answer or submits its first filing, whichever is earlier.

**Amicus curiae** must include a CIP in every motion and brief filed.

In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock ("ticker") symbol must be provided after the corporate name. If no publicly traded company or corporation has an interest in the outcome of the case or appeal, a statement certifying to that effect must be included at the end of the CIP and must be entered into the web-based CIP (see below).

Andino Reynal, Federico (party)

Celentano, Peter (party)

Clark, Zackary (party)

DD Foundation, LLC (party)

DEFCAD, Inc. (party)

Defense Distributed (party)

De Pury, Gary Charles (counsel)

Elik, John (party)

Everman, Brendan Stuart (counsel)

Flores, Chad (party)

[ ML ] By initialing this box, I certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Name: Matthew Larosiere Signature: /s/ Matthew Larosiere

Address: 6964 Houlton Circle, Lake Worth, FL 33467

Contact Information: 561-452-7575 | Larosieremm@gmail.com

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

Defense Distributed, et al. v. John Elik, et al. Appeal No. 26-12667-C

## CERTIFICATE OF INTERESTED PERSONS CONTINUATION

*Continued in alphabetical order from the Eleventh Circuit CIP form.*

Foster, Howard (counsel)

Foster PC (law firm)

Gingras, David (party)

Holladay, Alexander (party)

Larosiere, Matthew Michael (party and counsel)

Law Office of Matthew Larosiere (law firm)

Law Offices of Gary De Pury, P.A. (law firm)

Lettman, John (party)

Matthewman, William, Chief U.S. Magistrate Judge

Middlebrooks, Donald M., U.S. District Judge

Odom, Thomas Christopher (party)

Pryor Cashman LLP (law firm)

Stroke, Josh Kiel (party)

Taft Stettinius & Hollister LLP (former counsel's law firm)

Walliman, Garret (party)

Weiss, Gregory Scott (former counsel)

Wilson, Cody Rutledge (party and owner identified by appellants)

Zermay Law, P.A. (law firm)

Zermay, Zachary Z. (counsel)