26-12667

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 06 2026
ATLANTA, GA

Peter Celentano
5526 NIAGARA ST EXT POD 4
LOCKPORT, NY 14094

---

---

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 14, 2026

FLSD Court Reporter TBA
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 26-12667-C
Case Style: Defense Distributed, et al v. John Elik, et al
District Court Docket No: 9:25-cv-81197-DMM

TRANSCRIPT DUE: September 23, 2026 (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

RPTR-1 Acknowledgment not recd

**UNITED STATES COURT OF APPEALS**
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 30303 $ 000.78⁰
02 7W
0008042953 SEP 14 2026

CLEARED SECURITY
CLEARED SECURITY
OCT 0 8 2026
RETURN TO SENDER
OCT 0 9 2026
U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)
U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

NIXIE 876 DE 1 0009/29/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 30303229599 *2745-03908-14-45

ANK
14094-18042
30303>2295